IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SUSAN MARIE HUNTER o/b/o
AMT and CHT,

    Plaintiff,
v.                                               CASE NO. 1:18-cv-193-MW-GRJ

NANCY BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.
_____/

## ORDER AND
## REPORT AND RECOMMENDATION

Plaintiff initiated this case by filing a *pro se* Complaint construed as an appeal of the Acting Commissioner's denial or termination of Social Security benefits for Plaintiff's minor children. Plaintiff also moved to proceed *in forma pauperis.* ECF Nos. 1 and 2.

Plaintiff's IFP motion is deficient because she altered the form to strike out the "under penalty of perjury" requirement. ECF No. 2. The Court struck the motion, and ordered Plaintiff to file a complete IFP motion, signed under penalty of perjury. ECF No. 5. Further, in order to clarify the status and nature of her claims, the Court ordered Plaintiff to complete the Court's form Complaint for Review of Adverse Social Security Decision in

order to proceed with this case. The Court ordered Plaintiff to file her amended pleadings on or before October 27, 2018. *Id.*

Plaintiff did not comply. Instead, she filed three "notices" complaining of the referral of this case to the undersigned U.S. Magistrate Judge. The Court advised Plaintiff that the referral was properly made pursuant to 28 U.S.C. § 636 and Local Rule 72.2. Plaintiff's notices were stricken as legally baseless, and Plaintiff was warned that the filing of repetitive and baseless pleadings would result in the imposition of sanctions, including dismissal of this case. *See* ECF Nos. 7, 9, 11. Because Plaintiff also failed to comply with the order to amend her pleadings, the Court ordered Plaintiff to show cause on or before November 12, 2018, as to why this case should not be dismissed. ECF No. 11.

Plaintiff responded to the show cause order by filing yet another legally baseless "notice" complaining of the referral of the case to the undersigned. ECF No. 12. This notice is due to be stricken for the same reasons that her previous "notices" were stricken.

Based upon Plaintiff's continued filing of baseless pleadings, after being warned of the consequences of doing so, the Court finds that Plaintiff has willfully abused the judicial process. This case is due to be dismissed

for abuse of the judicial process and for failure to prosecute because Plaintiff failed to amend her pleadings as ordered.

Accordingly, it is **ORDERED** that Plaintiff's fourth "notice", ECF No. 12, is **STRICKEN.**

It is respectfully **RECOMMENDED** that this case be dismissed for abuse of the judicial process, for failure to comply with the Court's orders, and for failure to prosecute.

**IN CHAMBERS** this 15th day of November 2018.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**