IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SUSAN MARIE HUNTER,
on behalf of AMT and CHT,

      Plaintiff,

v.                                    Case No. 1:18cv193-MW/GRJ

NANCY BERRYHILL,
Acting Commission of
Social Security,

      Defendant.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 13, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 14. Accordingly

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for abuse of the judicial process, for failure to comply with the Court's orders, and for failure to prosecute." The Clerk shall close the file.

**SO ORDERED** on December 7, 2018.

                                          **s/ MARK E. WALKER**
                                          **Chief United States District Judge**